NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THEODORE W. MAKSE,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3156

---

Petition for review of the Merit Systems Protection Board in case no. CH0831090779-I-1.

---

## ORDER

Upon consideration of Theodore W. Makse's motion to waive the court's docketing fee in this petition, based upon his payment of the docketing fee in 2010-3070,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK

cc:  Theodore W. Makse
     Richard P. Schroeder, Esq.

s19